# Exhibit C

# Your Freedom of Information Act Request # EPA-R6-2018-004512

Kirst, Tina <kirst.tina@epa.gov>

Wed 3/7/2018 6:47 PM

To: Daniel Stevens <dstevens@campaignforaccountability.org>;

Cc: Ford, Mark <Ford.Mark@epa.gov>; Ragon, Derek <Ragon.Derek@epa.gov>; Ortiz, Diana <Ortiz.Diana@epa.gov>; Pemberton, Mary <Pemberton.Mary@epa.gov>; Malooly, Tom <Malooly.Tom@epa.gov>; Whitener, Susan <Whitener.Susan@epa.gov>; Albright, Glodine <albright.glodine@epa.gov>; Geisel, Alison <geisel.alison@epa.gov>; Wright, Bianca <wright.bianca@epa.gov>; Kim Shultz <kshultz@toeroek.com>;

Hi Mr. Stevens:

This email is a follow up to your telephone conversation today with Mark Ford, U.S. Environmental Protection Agency Region 6 Superfund FOIA, concerning your Freedom of Information Act request # EPA-R6-2018-004512.

During the call, you confirmed the following:

- · You will accept rolling responses every 30 days, with an extension date of April 19, 2018, for a first partial response;
- · You agreed to a final end date of December 31, 2018;
- · You confirmed you would like a denial log of any withheld information;
- · You are willing to accept publicly available information such as published documents; and
- · You confirmed you would like to pursue the CBI Substantiation process if any Exemption 4/CBI information is identified as responsive to your request.

Additionally, your request states that you are seeking "All records from January 1, 2012 to December 31, 2013, reflecting communications (including emails, email attachments, text messages, telephone call logs, calendar invitations/entries, meeting notices, meeting agendas, informational material, talking points, or other materials) to, from, or between EPA Region 6 employees including Ursula Lennox, that contain the following search terms:

- A) "Tar Creek"
- B) "LICRAT"
- C) "State Auditor"
- D) "Gary Jones"
- E) "Scott Pruitt"
- F) "Mark Osborn"
- G) "Jack Dalrymple"
- H) "Andy Lester"
- I) "CWF Enterprises"

You stated that you will limit the information for the EPA Region 6 Superfund employees to Ursula Lennox and James Costello only. Also, you limited the search terms for Superfund to items C, D, E, and G in the list above. You do wish to add an item "J" to the list of search criteria above and include "Susan Chandler" as a search term.

You excluded items A, B, F, H, and I from the list above and confirmed you do not wish to have these terms searched by Superfund Division.

If you would please reply to this email confirming whether you do or do not agree to the terms described above, it would be greatly appreciated.

Thank you,

Tina Kirst

Tina Kirst
Toeroek Associates, Inc., A Subcontractor for AAR
Contractor | U.S. Environmental Protection Agency Region 6 Superfund Division
phone: 214-665-2242 | email: kirst.tina@epa.gov