# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave SE, #337<br>Washington, D.C. 20003,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL<br>PROTECTION AGENCY,<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460,<br><br>Defendant. | Civil Action No. 18-cv-783 RDM |

## ANSWER

Defendant, the U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, hereby responds to the remaining issues and paragraphs in the above-captioned action from Plaintiff Campaign for Accountability.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

In response to the numbered paragraphs and sentences of the Complaint, defendant admits, denies, or otherwise responds as follows:

### Nature of Action

1. This sentence contains plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed required, defendant admits that plaintiff filed a complaint asserting claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### Jurisdiction and Venue

2. This sentence contains a legal conclusion, to which no response is required.

3. This sentence contains a legal conclusion, to which no response is required.

4. This sentence contains a legal conclusion, to which no response is required. To the extent a response is required, the EPA denies that Plaintiff is entitled to the relief sought.

### Parties

5. This paragraph contains plaintiff's characterization of itself. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations, except to admit that plaintiff has requested records from EPA.

6. Defendant admits that EPA is an agency of the United States. Defendant further admits that it has possession of certain records requested by plaintiff.

### Plaintiff's Freedom of Information Act Requests

6. This paragraph states that Plaintiff filed two FOIA requests with EPA. The EPA admits that Plaintiff submitted two requests, but avers that the second such request, EPA-R6-2018-004512 is no longer at issue in this litigation.

7. This paragraph contains Plaintiff's description of its FOIA request to EPA Headquarters, which speaks for itself and is the best evidence of its contents. Defendant admits that the dates and tracking numbers of the FOIA requests listed are accurate, and avers that each cited request is the best evidence of its contents.

9. Admit.

10. Deny, and aver that, on April 13, 2018, the EPA provided Plaintiff with a decision regarding the request for a waiver of fees in this matter. In addition, on June 1, 2018, the EPA sent Plaintiff a letter via the Agency's FOIAonline system noting this request's position in the current queue and providing an estimated completion date of August, 2019.

9. Paragraphs 11-16 have been dismissed from the Complaint by agreement of the Parties, and do not require a response.

17. Deny that the EPA has provided no response with regard to the Headquarters request EPA-HQ-2018-004746, but admit that the EPA has not yet released any responsive records or made a determination as to withholding of any responsive record to FOIA request EPA-HQ-2018-004746.

18. Paragraph 18 is a conclusion of law, to which no response is required.

## COUNT I

19. The EPA repeats the responses in the foregoing paragraphs.

20. This sentence contains a legal conclusion, to which no response is required.

21. This sentence contains a legal conclusion, to which no response is required.

22. This sentence contains a legal conclusion, to which no response is required.

23. This sentence contains a legal conclusion, to which no response is required.

24. This sentence contains a legal conclusion and Plaintiff's demand for relief, to which no response is required.

## COUNT II

25. The EPA repeats the responses in the foregoing paragraphs.

26. This sentence contains a legal conclusion, to which no response is required.

27. This sentence contains a legal conclusion, to which no response is required.

28. This sentence contains a legal conclusion, to which no response is required.

29. This sentence contains a legal conclusion, to which no response is required.

30. This sentence contains a legal conclusion, to which no response is required.

31. This sentence contains a legal conclusion and Plaintiff's demand for relief, to which no response is required.

## Demand For Relief

The remainder of the Complaint consists of plaintiff's Prayer for Relief, to which no response is required. To the extent to a response is required, defendant denies that plaintiff is entitled to any of the relief requested in Subparts (1) through (5) of the "Wherefore" clause or to any relief whatsoever.

Defendant further denies any allegation not expressly answered herein.

                           Respectfully submitted,

                           JESSIE K. LIU, D.C.
                           D.C. Bar # 472845
                           United States Attorney
                            for the District of Columbia

                           DANIEL VAN HORN,
                           D.C. Bar #924092
                           Chief, Civil Division

                           _____/s/_____
                           ALEXANDER D. SHOAIBI
                           D.C. Bar #423587
                           Assistant United States Attorney
                           555 4th Street, N.W., Room E-4218
                           Washington, D.C.  20530
                           (202) 252-2511
                           Alexander.D.Shoaibi@usdoj.gov