# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CAMPAIGN FOR ACCOUNTABILITY** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:18-0783-(RDM) |
| ) | |
| **U.S. ENVIRONMENTAL** ) | |
| **PROTECTION AGENCY** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SUBSTITUTION

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Alexander Shoaibi and enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for Defendant in the above-captioned action.

Dated:   July 30, 2018

                                        Respectfully submitted,


                                        By: /s/ Wyneva Johnson_____
                                        WYNEVA JOHNSON, D.C. Bar # 278515
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        Tel: (202) 252-2518
                                        Wyneva.johnson@usdoj.gov