**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v.     ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 18-cv-783 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's July 12, 2018 Minute Order, the parties hereby submit the following Joint Status Report.

At issue in this case is a Freedom of Information Act ("FOIA") request sent by Plaintiff Campaign for Accountability to Defendant the U.S. Environmental Protection Agency ("EPA").

On August 3, 2018, EPA informed Plaintiff that it had completed the search for records responsive to Plaintiff's FOIA request. After de-duplication, EPA has identified approximately 3,850 potentially responsive documents based on a keyword search, as well as 8 additional documents responsive to one particular email search.

EPA has proposed to review approximately 200 documents by the end of August, for an initial release on September 15, 2018. EPA then proposes to review 500 potentially responsive documents per month, with rolling productions on the 15th of each month.

Plaintiff has agreed to EPA's proposed production schedule.

1

The parties respectfully request that the Court order the parties to submit a supplemental Joint Status Report on November 1, 2018, to update the Court on the status of the ongoing productions and notify the Court of any issues that may have arisen.

| | |
|---|---|
| Dated: August 10, 2018 | Respectfully submitted, |
| */s/ Wyneva Johnson* <br> WYNEVA JOHNSON <br> D.C. Bar # 278515 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> Tel: (202) 252-2518 <br> wyneva.johnson@usdoj.gov | */s/ Sara Kaiser Creighton* <br> Sara Kaiser Creighton <br> D.C. Bar No. 1002367 <br><br> AMERICAN OVERSIGHT <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br> (202) 869-5245 <br> sara.creighton@americanoversight.org <br><br> *Counsel for Plaintiff Campaign for Accountability* |