**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 18-cv-783 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 25, 2019 Minute Order, the parties hereby submit the following Joint Status Report.

1. As stated in the August 10, 2018, Joint Status Report (ECF No. 13), Defendant U.S. Environmental Protection Agency (EPA) and Plaintiff Campaign for Accountability agreed that EPA would review 500 potentially responsive documents per month, with rolling productions on the 15th of each month.

2. Defendant's review and production of documents remains ongoing.

3. On March 26, 2019, Defendant released 96 pages of responsive documents to Plaintiff.

4. Plaintiff is reviewing the materials and information produced in this case to evaluate the nature of the redactions contained therein.

5. The parties will confer regarding any questions raised or issues identified by Plaintiff.

6.	The parties propose to file a further joint status report by not later than June 3, 2019, regarding whether the parties are still conferring on open issues or whether the parties believe that briefing is necessary in this case and, if so, proposing a briefing schedule.

7.	Undersigned counsel has communicated this information to Defendant's counsel, and she has authorized this report to be filed.

Dated: April 1, 2019

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff Campaign for Accountability*