IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-cv-783 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| *Defendant*. | ) ) | |

### JOINT STATUS REPORT

Pursuant to the Court's August 5, 2019 Minute Order, the parties hereby submit the following Joint Status Report.

1. As stated in the August 10, 2018, Joint Status Report (ECF No. 13), Defendant U.S. Environmental Protection Agency (EPA) and Plaintiff Campaign for Accountability agreed that EPA would review 500 potentially responsive documents per month, with rolling productions on the 15th of each month.

2. On May 15, 2019, Defendant released 589 pages of responsive documents. Releases of responsive documents in the interim were delayed after Defendant determined that they required additional review.

3. Defendant will resume production of responsive documents on or before August 30, 2019.

4. Defendant anticipates that it will make its final production of responsive documents on or before September 15, 2019.

5.	Plaintiff is reviewing the materials and information produced in this case to evaluate the nature of the redactions contained therein.

6.	The parties will confer regarding any questions raised or issues identified by Plaintiff.

7.	The parties propose to file a further joint status report by not later than October 1, 2019, regarding whether the parties are still conferring on open issues or whether the parties believe that briefing is necessary in this case and, if so, proposing a briefing schedule.

Dated:	August 19, 2019	Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Darrel C. Valdez*
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, DC  20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*