# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v.  ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 18-cv-783 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's November 12, 2019 Minute Order, the parties hereby submit the following Joint Status Report.

1. On November 5, 2019, the Defendant made its final production to Plaintiff.

2. Due to the size of the productions, Plaintiff was unable to complete its review the material produced to determine if Plaintiff has any issues regarding the Freedom of Information Act ("FOIA") exemptions applied by Defendant. Plaintiff informs the Court that the review is ongoing, but that currently a substantial portion of the total production has yet to be reviewed.

3. Upon completion of Plaintiff's review of the production, the parties will confer in an attempt to narrow or eliminate any issues identified by Plaintiff regarding the exemptions applied, and to discuss a proposed course for this action. The parties anticipate that the Plaintiff's review and the parties' conference will take approximately 90 days to complete.

4. The parties propose to file a further joint status report by no later than April 13, 2020, regarding whether the parties believe that briefing is necessary in this case and, if so, proposing a briefing schedule.

Dated: January 13, 2020

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
Hart.Wood@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Darrell C. Valdez*
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, DC  20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*