## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, )<br> )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>U.S. ENVIRONMENTAL PROTECTION )<br>AGENCY, )<br> )<br>*Defendant*. )<br> ) | Case No. 18-cv-783 (RDM) |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Campaign for Accountability voluntarily dismisses this action, with each party to bear its own costs and fees. Voluntary dismissal by a plaintiff without a court order is appropriate "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant U.S. Environmental Protection Agency has responded to Plaintiff's Freedom of Information Act request. There are no issues remaining in dispute at this time.

Dated:  August 17, 2020                                      Respectfully submitted,

*/s/ Hart W. Wood*                                                MICHAEL R. SHERWIN
Hart W. Wood                                                        Acting United States Attorney
D.C. Bar No. 1034361
AMERICAN OVERSIGHT                                       DANIEL F. VAN HORN, D.C. Bar No. 924092
1030 15th Street NW, B255                                    Chief, Civil Division
Washington, DC 20005
(202) 873-1743                                                        By:  */s/*
hart.wood@americanoversight.org                            DARRELL C. VALDEZ
                                                                              D.C. Bar No. 420232
*Counsel for Plaintiff*                                              Assistant United States Attorney
                                                                              555 4th Street, N.W.
                                                                              Washington, D.C. 20530
                                                                              (202) 252-2507
                                                                              Darrell.Valdez@usdoj.gov

                                                                              *Counsel for Defendant*

2